Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
 Fisher & Hayes LLP
112 Madison Avenue
New York New York 10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Charles and Marianna Dirienzo, et. al., vs. Pfizer, Inc.,.*<br>*MDL No. 06-3121:* Plaintiff Charles Dirienzo and Marianna Dirienzo | |

Come now the Plaintiffs, Charles Dirienzo and Marianna Dirienzo, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Charles Dirienzo and Marianna Dirienzo's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009         By: _____
                                      Jayne Conroy
                                      **HANLY CONROY BIERSTEIN**
                                      **SHERIDAN FISHER & HAYES LLP**
                                      112 Madison Avenue
                                      New York, New York 10016-7416
                                      (212) 784-6400
                                      (212) 784-6420 (Fax)
                                      Email: jconroy@hanlyconroy.com

                        -and-

                                      **SIMMONSCOOPER LLC**
                                      707 Berkshire Blvd.
                                      East Alton, IL 62024
                                      (618) 259-2222
                                      (618) 259-2251 (Fax)

                                      *Counsel for Plaintiff.*

Dated: ____March 11____, 2009         By: _____
                                      Michelle W. Sadowsky
                                      **DLA PIPER US LLP**
                                      1251 Avenue of the Americas
                                      New York, New York 10020-1104
                                      (212) 335-4625
                                      (212) 884-8675 (Fax)

                                      *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ____March 30, 2009             By: _____
                                      United States District Court